# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL CALLOWAY

NO. 2020 KW 0865

DECEMBER 07, 2020

---

In Re:     Michael Calloway, applying for supervisory writs, 32nd
           Judicial District Court, Parish of Terrebonne, No.
           89531.

---

**BEFORE:  HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

    **WRIT DENIED.** See **State ex. rel. Calloway v. State**, 2015-
0789 (La. 2/5/16), 183 So.3d 508, 509 (*per curiam*).

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT